# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CAROLENA CLARKE,                     Case No.:

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1. Experian is a named defendant in Civil Case No. 2023SC-004934-0000-LK, filed by Plaintiff Carolena Clarke ("Plaintiff") in the Small Claims Division of the County Court of the Tenth Judicial Circuit in and for Polk County, Florida (hereinafter, "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the County Court of Polk County on June 23, 2023. *See* **Exhibit A**.

3. This Notice is being filed with this Court within thirty (30) days after Experian was served on June 27, 2023 with a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action against Experian is based. *See* **Exhibit A**.

4. This Court is the proper district court for removal because the State Court Action is pending within this District.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, orders, and other documents on file in the State Court Action are attached hereto as **Exhibits A–C**.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian that are alleged in the State Court Action arise under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.* Thus, this Court has original subject matter jurisdiction over the above-

captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. Accordingly, the above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. Promptly after the filing of this Notice of Removal, Experian shall provide written notice of the removal to Plaintiff through her attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: July 5, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Taylor R. Cavaliere*
　　　　　　　　　　　　　　　　　　　　　　Taylor R. Cavaliere
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 1040247
　　　　　　　　　　　　　　　　　　　　　　Email: tcavaliere@jonesday.com
　　　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　　　600 Brickell Avenue
　　　　　　　　　　　　　　　　　　　　　　Suite 3300
　　　　　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 714-9700
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (305) 714-9799

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　　　*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

*/s/ Taylor R. Cavaliere*
Taylor R. Cavaliere
